CT Corporation

**Service of Process Transmittal**
04/20/2009
CT Log Number 514744320

**TO:**    Tracey Wild, Vice President
NCO Financial Systems, Inc.
150 Crosspoint Parkway, Crosspoint Business Park
Getzville, NY 14068-

**RE:**    **Process Served in South Carolina**

**FOR:**    Transworld Systems, Inc. (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Walter Wardlaw, Pltf. vs. Transworld Systmes, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Coversheet, Summons, Complaint |
| **COURT/AGENCY:** | Spartanburg County Court of Common Pleas, SC |
| | Case # 2009-CP-42-2230 |
| **NATURE OF ACTION:** | Alleged violation of the Fair Debt Collection practices Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Greenville, SC |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/20/2009 at 13:20 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after the service hereof, exclusive of the day of such service |
| **ATTORNEY(S) / SENDER(S):** | Kenneth C. Anthony, Jr., Esquire |
| | The Anthony Law Firm, P.A. |
| | Post Office Box 3565 |
| | Spartanburg, SC 29304 |
| | 864.582.2355 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/20/2009, Expected Purge Date: 04/25/2009 |
| | Image SOP |
| | Email Notification, Tracey Wild Tracey.Wild@ncogroup.com |
| | Email Notification, Michelle Lyon MLYON@SESSIONS-LAW.biz |
| | Email Notification, Becky Penski rpenski@sessions-law.biz |
| | Email Notification, Christina Gubala cgubala@sessions-law.biz |
| | Email Notification, Diana Orellana dorellana@sessions-law.biz |
| | Email Notification, Kathleen Treuil ktreuil@sessions-law.biz |
| | Email Notification, Cathy McTyere cathy.mctyere@ncogroup.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 75 Beattie Place |
| | Greenville, SC 29602 |
| **TELEPHONE:** | 864-240-3302 |

Page 1 of  1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | |
| | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF SPARTANBURG | ) | |
| | ) | |
| Walter Wardlaw, | ) | CIVIL ACTION COVERSHEET |
| Plaintiff(s) | ) | |
| | ) | 2009 - CP – 42 – 2230 |
| vs. | ) | |
| | ) | |
| Transworld Systems, Inc. | ) | |
| Defendant(s) | ) | |

2009 APR 17 PM 2:55

| | |
|---|---|
| (Please Print) | SC Bar #:       404 |
| Submitted By:  Kenneth C. Anthony, Jr. | Telephone #:   864-582-2355 |
| Address:  Post Office Box 3565, Spartanburg, SC  29304 | Fax #:          864-583-9772 |
| | Other: |
| | E-mail:       kanthony@anthonylaw.com |

NOTE: The cover sheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this cover sheet must be served on the defendant(s) along with the Summons and Complaint.

## DOCKETING INFORMATION  (*Check all that apply*)
### *If Action is Judgment/Settlement do not complete*

■ **JURY TRIAL** demanded in complaint.        ☐ **NON-JURY TRIAL** demanded in complaint.
☐ This case is subject to **ARBITRATION** pursuant to the Circuit Court Alternative Dispute Resolution Rules.
☐ This case is subject to **MEDIATION** pursuant to the Circuit Court Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR (certificate attached).

SCCA / 234 (4/06)                                                 Page 1 of 3

## NATURE OF ACTION (*Check One Box Below*)

| Contracts | Torts – Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice | ☐ Assault/Slander/Libel | ☐ Claim & Delivery (400) |
| ☐ Debt Collection | ☐ Legal Malpractice | ☐ Conversion (310) | ☐ Condemnation (410) |
| ☐ Employment (120) | ☐ Medical Malpractice | ☐ Motor Vehicle Accident | ☐ Foreclosure (420) |
| ☐ General (130) | ☐ Notice/ File Med Mal | ☐ Premises Liability (330) | ☐ Mechanic's Lien (430) |
| ☐ Breach of Contract | ☐ Other (299) | Products Liability (340) | ☐ Partition (440) |
| (140) | ——— | | |
| ☐ Other (199) | | ☐ Personal Injury (350) | ☐ Possession (450) |
| —— | | Other (399) | ☐ Building Code |
| | | ■ **Violation of Fair** | Violation (460) |
| | | **Credit Practices Act** | |
| | | —— | ☐ Other (499) |
| | | | —— |

| Inmate Petitions | Judgments/Settlements | Administrative Law/Relief | Appeals |
|---|---|---|---|
| ☐ PCR (500) | ☐ Death Settlement | ☐ Reinstate Driver's | ☐ Arbitration (900) |
| ☐ Sexual Predator | ☐ Foreign Judgment | Judicial Review (810) | ☐ Magistrate-Civil (910) |
| ☐ Mandamus (520) | ☐ Magistrate's | ☐ Relief (820) | ☐ Magistrate-Criminal |
| ☐ Habeas Corpus | ☐ Minor Settlement | ☐ Permanent Injunction | Municipal (930) |
| ☐ Other (599) | ☐ Transcript Judgment | Forfeiture (840) | ☐ Probate Court (940) |
| —— | ☐ Lis Pendens (750) | ☐ Other (899) | ☐ SCDOT (950) |
| | ☐ Other (799) | —— | ☐ Worker's Comp (960) |
| | | | ☐ Zoning Board (970) |
| | | | ☐ Administrative Law Judge (980) |

| Special/Complex /Other | | | |
|---|---|---|---|
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | | ☐ Public Service Commission (990) |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) | | ☐ Employment Security Comm (991) |
| ☐ Medical (620) | ☐ Out-of-State Depositions (650) | | ☐ Other (999) |
| ☐ Other (699) | | | —— |

——

**Submitting Party Signature:** *Kent F.*                **Date:**  **April 15, 2009**

**Note:** Frivolous civil proceedings  may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

## FOR MANDATED ADR COUNTIES ONLY
Florence, Horry, Lexington, Richland, Greenville**, and Anderson**
** Contact Respective County Clerk of Court for modified ADR Program Rules

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**You are required to take the following action(s):**

1. The parties shall select a neutral within 210 days of filing of this action, and the Plaintiff shall file a "Stipulation of Neutral Selection" on or before the 224th day after the filing of the action.  If the parties cannot agree upon the selection of the neutral within 210 days, the Plaintiff shall notify the Court by filing a written "Request for the Appointment of a Neutral" on or before the 224th day after the filing of this action.  The Court shall then appoint a neutral from the Court-approved mediator/arbitrator list.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3.   Case are exempt from ADR only upon the following grounds:

    a.   Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibitio

    b.   Cases which are appellate in nature such as appeals or writs of certiorari;

    c.   Post Conviction relief matters;

    d.   Contempt of Court proceedings;

    e.   Forfeiture proceedings brought by the State;

    f.   Cases involving mortgage foreclosures; and

    g.   Cases that have been submitted to mediation with a certified mediator prior to the filing of this action.

4.   Motion of a party to be exempt from payment of neutral fees due to indigency should be filed with the Court within ten (10) days after the ADR conference had been concluded.

**Please Note:**       **You must comply with the Supreme Court Rules regarding ADR. Failure to do so may affect your case or may result in sanctions.**

STATE OF SOUTH CAROLINA    )    IN THE COURT OF COMMON PLEAS
                     )
COUNTY OF SPARTANBURG     )    Civil Action No: 09-CP-42- 2230

| | |
|---|---|
| Walter Wardlaw | ) |
|            Plaintiff, | ) |
| vs. | )     **SUMMONS** |
| Transworld Systems, Inc. | )    **JURY TRAIL DEMANDED** |
|       Defendant. | ) |

2009 APR 17  PM 2: 55

**TO THE ABOVE NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the Complaint on the undersigned at his office located at P.O. Box 3565, 250 Magnolia Street, Spartanburg, S.C. 29304, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in the Complaint.

Dated at Spartanburg, South Carolina, on the 15th day of April, 2009..

                               **THE ANTHONY LAW FIRM , P.A.**

                               Kenneth C. Anthony, Jr.
                               Attorney for Plaintiff
                               Post Office Box 3565
                               Spartanburg, SC 29304
                               (864) 582-2355

Spartanburg, SC

Page 1 of 2

FSTATE OF SOUTH CAROLINA    )    IN THE COURT OF COMMON PLEAS

COUNTY OF SPARTANBURG      )    Civil Action No: 09-CP-42- _2230_

|  |  |
|---|---|
| Walter Wardlaw<br>          Plaintiff,<br><br>vs.<br><br>Transworld Systems, Inc.<br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

**JURY TRAIL DEMANDED**

THE PLAINTIFF, would respectfully show unto this Court:

### FOR A FIRST CAUSE OF ACTION

1.      Plaintiff is a citizen and resident of Spartanburg County, South Carolina.

2.      Plaintiff is informed and believes that the Defendant is a corporation organized and existing under and by virtue of the laws fo the United States of America, doing business in Spartanburg County, South Carolina.

3.      Defendant is a collection agency.

4.      Defendant has repeatedly contacted, harassed and communicated with the Plaintiff concerning that the Defendant contends is a debt owed by the Plaintiff to United Publishers of America but which the Plaintiff does not owe.

5.      Plaintiff has notified the Defendant in writing that he refuses to pay the debt and that he wishes the Defendant to cease further communication with him.

6.      In spite of this writing, the Defendant continued to contact, harass and communicate with the Plaintiff concerning this alleged debt.

7.      The actions of the Defendant herein violate the Fair Debt Collection Practices Act.

8.      Plaintiff is informed and believes that he is entitled to all damages provided by the Fair Debt Collection Practices Act, including but not limited to actual damages,

additional damages of $1,000.00 per violation of the Defendant, reasonable attorney's fees and costs.

## FOR A SECOND CAUSE OF ACTION

9.     Plaintiff reiterates and realleges all of the allegations contained in Paragraphs One (1) through Six (6) as fully set forth verbatim.

10.     The actions of the Defendant herein violate the South Carolina Unfair Trade Practices Act.

11.     Plaintiff is entitled to all damages collectable under the Fair Debt Collection Practices Act, including but not limited to damages, treble damages, attorney's fees and cost.

WHEREFORE, Plaintiff prays judgment against the Defendant for actual damages, additional damages for each violation of the Fair Debt Collection Practices Act, treble damages, attorney's fees and costs, and such other and further relief as may seem just and proper.

THE ANTHONY LAW FIRM, P. A.

Kenneth C. Anthony, Jr.
250 Magnolia Street
Spartanburg, SC 29306
(864) 582-2355

Plaintiff demands a jury trial

Kenneth C. Anthony, Jr.

Spartanburg, South Carolina
April 15, 2009

Page 2 of  2